# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RONALD GRAMM,

    Petitioner

v.

ATTORNEY GENERAL OF NEVADA,

    Respondents

Case No.: 2:18-cv-02236-APG-VCF

**Order**

Petitioner Ronald Gramm has submitted what he has styled as a complaint for damages and paid the $5.00 habeas corpus petition fee. ECF No. 1. The complaint shall be dismissed.

First, if Gramm intended to file a habeas petition, the petition must be on the court's form. *See* LSR 3-1. Second, it appears that Gramm is not in custody pursuant to the judgment of conviction that he apparently wants to challenge. However, this court has jurisdiction to hear a claim only by a petitioner who is in custody pursuant to a state-court judgment on the ground that he or she is in custody in violation of the Constitution or laws or treaties of the United States. 28 U.S.C. § 2254(a). Finally, it is unclear what relief Gramm seeks. He claims that his trial counsel was ineffective, which is a claim that sounds in habeas. But he also states that he seeks damages, which are not available in a habeas action. This case is improperly commenced, it does not appear that Gramm is in custody, and the complaint does not appear to state claims for which habeas relief may be granted. Therefore, this action is dismissed.

IT IS THEREFORE ORDERED that the petition is **DISMISSED**.

1     IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

2     IT IS FURTHER ORDERED that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

    Dated: January 14, 2019

    _____
    U.S. District Judge Andrew P. Gordon